**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO.  20-383 (SDW) |
| | * | |
| FRANKLIN IVAN QUINTANILLA-POLANCO | * | |
| | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[x] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[x] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

The defendant has been in ICE custody since October 8, 2019, and federal custody since on or about January 8, 2020, for a total of over 7 months. The defendant faces a guideline range of 15-21 months and will be seeking a time served sentence.

Accordingly, the proceeding(s) held on this date may be conducted by:

[x]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ]  Other:

Date:  May 11, 2020                                                  *s/ Susan D. Wigenton*
                                                                                    Hon. Susan D. Wigenton
                                                                                    United States District Judge